BEFORE THE SECOND DIVISION, JUNE 28, 1944

No. 49574.—Protest 79676–K of Armishaw's, Ltd. (Portland, Oreg.)

Opinion by LAWRENCE, J. The uncontradicted evidence disclosed that the merchandise consists of iron heel plates, the same in all material respects as those the subject of *Kramer* v. *United States* (11 Cust. Ct. 30, C. D. 787), which record was incorporated herein. On the record presented the protest was sustained to this extent.

No. 49575.—Protest 107115–K of American Smelting & Refining Co. (Philadelphia).

Opinion by LAWRENCE, J. There was no appearance either in person or by attorney when this case was called for hearing, nor was any proof offered in support of claim made. An examination of the papers failed to disclose any error in the collector's decision. The protest was overruled and decision of the collector affirmed.

No. 49576.—Protest 106947–K of Ignaz Strauss & Co., Inc. (New York).

Opinion by LAWRENCE, J. The claim appeared to be amply supported by the record, counsel having stipulated as true the statement of the appraiser, which is in evidence, that the articles are composed in chief value of lead, and that the net weight of each article is approximately 1 ounce. In accordance therewith this claim was sustained.